UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN POTTS, | ) | NO. CV 21-8604 SSS (KS) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF UNITED |
| DANNY SAMUEL, | ) | STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). No Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that:

(1) the claims in the Petition are **DENIED**;

(2) judgment shall be entered dismissing this action with prejudice;

(3) Petitioner's Motion to Withdraw his petition with prejudice [Dkt. 24] is **DENIED AS MOOT**.

DATED: October 18, 2022

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE