JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN POTTS, | ) | NO. CV 21-8604 SSS (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANNY SAMUEL, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice. Petitioner's Motion to Withdraw his petition with prejudice [Dkt. 24] is DENIED as moot in light of this judgment.

DATED:  October 18, 2022

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE